IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK JAMES FARMER,

        Plaintiff,                    No. CIV S-11-2893 GGH P

    vs.

TED LOOS,

        Defendant.             <u>ORDER</u>

_____/

        Court documents were recently served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS ORDERED that plaintiff must notify the Court of a current address within sixty-three days of the date of the returned mail (November 18, 2011), that is, by on or before January 20, 2012; failure to do so will result in a recommendation of dismissal of this action without prejudice for failure to prosecute. <u>See</u> Local Rule 183(b).

DATED: November 29, 2011

                            /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:009
farm2893.ord